**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff/Respondent,**<br><br>**v.**<br><br>**JOSE ARAMBULA,**<br><br>**Defendant/Petitioner.** | **Case No. 2:21-cr-20019-JAR**<br>**Case No. 2:25-cv-2413-JAR** |

**ORDER**

This matter is before the Court on Defendant Jose Arambula's pro se Motion for Leave to Proceed In Forma Pauperis (Doc. 248) in order to pursue an appeal from this Court's October 13, 2026 Memorandum and Order in the United States Court of Appeals for the Tenth Circuit.[1]

Under the Federal Rules of Appellate Procedure, "[a] party who was permitted to proceed in forma pauperis in the district-court action, or who was determined to be financially unable to obtain an adequate defense in a criminal case, may proceed in forma pauperis without further authorization."[2]

Defendant was appointed counsel in his criminal case because the magistrate judge found that he was financially unable to employ counsel.[3] The Court therefore finds that Defendant may proceed in forma pauperis in his appeal to the Tenth Circuit.

---

[1] Doc. 247.

[2] Fed. R. App. P. 24(a)(3).

[3] Doc. 8.

**IT IS THEREFORE ORDERED BY THE COURT** that Defendant Jose Arambula's for Leave to Proceed In Forma Pauperis (Doc. 248) is **granted**. Defendant may proceed with his appeal without paying the requisite fees.

**IT IS SO ORDERED**.

Dated: November 16, 2026

S/ Julie A. Robinson
JULIE A. ROBINSON
UNITED STATES DISTRICT JUDGE